IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JOSEPH G. JOINER                                                    PLAINTIFF

V.                                        CIVIL ACTION NO.: 3:24-cv-204-MPM-JMV

WAL-MART STORES EAST, LP,
GENERAL MANAGER STEVE WILLIAMS                        DEFENDANTS

## ORDER DENYING PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME

Before the Court are two motions filed by the *pro se* Plaintiff seeking an extension of time. The first motion [Doc. 113] was filed on November 3, 2025, seeking an extension of time through November 6, 2025, to file a reply to his motion to compel [Doc. 113]. A response in opposition to that motion was filed by Defendant on November 5, 2025 [Doc. 114]. Plaintiff's second motion for extension of time [Doc. 117] was filed on November 6, 2025. While it was docketed as a request for an extension of time to file a reply to another motion to compel [Doc. 112] that the *pro se* Plaintiff had filed, it appears that the *pro se* Plaintiff may have been requesting to have through November 10, 2025, to file a reply to his initial motion to compel [Doc. 113]. No response or reply to the second motion for extension of time [Doc. 117] was filed. For the reasons detailed below, both motions for extension of time are due to be denied.

Both motions to compel that the *pro se* Plaintiff sought additional time to respond to have been decided by the undersigned. *See* Orders [Doc. 115; 126]. However, the undersigned finds it appropriate to note that the first request for additional time [Doc. 113], was filed well after the deadline for a reply. The *pro se* Plaintiff's first motion to compel [Doc. 104] was filed on October 29, 2025, and Defendant's reply was filed on October 16, 2025 [Doc. 110]. As the undersigned noted in footnote one in the order denying Plaintiff's first motion to compel [Doc. 115]: "Plaintiff's reply was due to be filed by October 23, 2025. An untimely motion for extension of time to file a

1

reply [Doc. 113] was filed on November 3, 2025, after the Court had basically completed its opinion. Further, in any event, the untimely motion for extension of time to file a reply is opposed [Doc. 114] and not yet ripe." [Doc. 115] at n.1.

Now that the first motion for extension of time is ripe, the Court finds merit in Defendant's opposition, namely that Plaintiff failed to comply with Federal Rule of Civil Procedure 6(b), which requires that he show good cause for the extension or excusable neglect in requesting the extension nearly two weeks after his time to file a reply to Walmart's opposition expired. Accordingly, the first motion for extension of time [Doc. 113] shall be and is hereby DENIED.

In the second motion for extension of time [Doc. 117], filed on November 6, 2025, Plaintiff again failed to show good cause or excusable neglect as required by Federal Rule of Civil Procedure 6(b), as the motion is essentially a carbon copy of the first motion for extension of time [Doc. 113]. Accordingly, the second motion for extension of time [Doc. 117] shall be and is hereby DENIED.

For the foregoing reasons, both motions for extension of time [Doc. 113; 117] shall be and are hereby **DENIED.**

**SO ORDERED**, this the 3rd day of December, 2025.

/s/ Jane M. Virden  
**UNITED STATES MAGISTRATE JUDGE**

2