# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**JOSEPH G. JOINER**                                                                   **PLAINTIFF**

**VERSUS**                               **CIVIL ACTION NO.: 3:24-cv-00204-MPM-JMV**

**WAL-MART STORES EAST, LP, et al.**                              **DEFENDANTS**

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF THE DISCOVERY DEADLINE AND GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO PAY COURT-ORDERED FEES

Before the Court is Plaintiff's Unopposed Motion to Extend the Discovery Deadline [Doc. 152], requesting a thirty-day extension of the discovery deadline. Also before the Court is Plaintiff's Opposed Motion for a ninety-day extension of time in which to pay the Court-ordered fees awarded following Defendants' successful motion to compel [Doc. 141].

The Court, having considered the motion to extend deadlines and having been advised during a telephonic status conference on March 5, 2026, that Defendants do not oppose the requested relief, finds that the same shall be granted. Accordingly, the Court finds that the discovery Deadline shall be reset to April 9, 2026, and the dispositive and *Daubert*-type Motions deadline shall be reset to May 11, 2026.

The *pro se* Plaintiff has also filed a motion for a ninety-day extension of time in which to pay the Court-ordered fees awarded following Defendants' successful motion to compel [Doc. 141]. However, such relief is opposed by Defendants [Doc. 143]. The Order granting in part and denying in part Defendants' Attorneys Fees was

entered on January 14, 2026, and gave the Plaintiff thirty days to remit the total of $1,627.00 to Defendants. As of the date of entry of this Order, fifty days have passed. The Court, having considered Plaintiff's *pro se* status, finds that an additional brief extension of time shall be awarded. Accordingly, Plaintiff shall have through April 6, 2026, to remit payment to Defendants.

**SO ORDERED,** this the 5th day of March, 2026.

*/s/ Jane M. Virden*
JANE M. VIRDEN
UNITED STATES MAGISTRATE JUDGE