**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**JOSEPH G. JOINER** **PLAINTIFF**

**v.** **No. 3:24-cv-00204-MPM-JMV**

**GENERAL PLANT MANAGER**
**STEVE WILLIAMS,**
**And WAL-MART STORES EAST, LP** **DEFENDANTS**

**ORDER**

This matter comes before the Court on the Plaintiff Joseph G. Joiner's *pro se* Motion for Extension of Time to File Response to Report and Recommendation of Dismissal [221]. Additionally, the Court will address the Report and Recommendation of Dismissal ("R&R") issued by United States Magistrate Judge Jane M. Virden on September 29, 2026 [219]. The Court has reviewed the record and applicable law and is prepared to rule.

The Court will first address Mr. Joiner's Motion for Extension of Time to File Response to Report and Recommendation of Dismissal [221]. In this motion, Mr. Joiner requests an extension of time, up to and including October 18, 2026, to respond to the Magistrate Judge's R&R. It appears from review of record that Mr. Joiner has a relentless habit of requesting an extension of time for almost every motion filed by the Defendants in this case. Presently, it appears to the Court that Mr. Joiner is intentionally attempting to unduly delay litigation of this case. The Court finds that Mr. Joiner has been afforded ample opportunity to respond to the pending R&R.

Moreover, the Court has been more than lenient and graciously granted Mr. Joiner numerous extensions of time to respond to various motions throughout the course of this litigation. At some point, the Court must put a stop to continued and repeated extensions of time to allow this case to progress forward in a timely manner. Furthermore, in his present motion, Mr. Joiner states

that he is currently working on two other motions. However, the Court finds this fact to be irrelevant to the consideration of the requested extension. Accordingly, the Court denies Mr. Joiner's Motion for Extension of Time to File Response to Report and Recommendation of Dismissal [221].

Now, the Court addresses the R&R issued by Magistrate Judge Virden on September 29, 2026 [219]. In the R&R, Judge Virden highlights that the factual record shows a clear record of delay and contumacious conduct that represents a stubborn resistance to authority by Mr. Joiner. This Court agrees with Judge Virden that, "[w]hile *pro se* litigants are afforded leniency, that leniency has its limit and '[t]he right of self-representation does not exempt a party from compliance with relevant rules of procedural and substantive law.' *Yazdchi v. Am. Honda Fin. Corp.*, 217 F. App'x 299, 304 (5th Cir. 2007) (quoting *Hulsey v. Texas*, 929 F.2d 168, 171 (5th Cir. 1991))." Moreover, in the R&R, Judge Virden found that Mr. Joiner's conduct has unquestionably caused delays and found that all three aggravating factors (delay caused by the plaintiff himself, actual prejudice to the defendant, and delay caused by intentional conduct) were met. Thus, based on the record in this matter, Judge Virden's report and recommendation is that this case be dismissed with prejudice. This Court agrees.

Accordingly, the Court finds that the R&R [219] of the United States Magistrate Judge dated September 29, 2026, was on that date duly mailed to *pro se* Plaintiff Mr. Joiner; that more than fourteen days have elapsed since service of said R&R; and that no objection thereto has been filed or served by any party.[1] The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore,

[1] The Court acknowledges that Mr. Joiner filed his Motion for Extension of Time to File Response to Report and Recommendation of Dismissal [221] on October 8, 2026. The Magistrate Judge issued the Report and Recommendation of Dismissal on September 29, 2026. Thus, the deadline to file a response to the R&R was October

**ORDERED:**

1. That Mr. Joiner's Motion for Extension of Time to File Response to Report and Recommendation of Dismissal [221] is **DENIED**.
2. That the Report and Recommendation of the United States Magistrate Judge dated September 29, 2026 [219], is hereby approved and adopted as the opinion of the court.
3. That this case is hereby **DISMISSED with prejudice.**[2]

**SO ORDERED**, this the 15th day of October, 2026.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI

13, 2026. That deadline has now passed. Mr. Joiner did not file a timely response, and the Court declines to grant his request for an extension of time to respond to the R&R.

[2] Considering this Order, the Court finds that Defendant Wal-Mart Stores East, LP's Motion for Summary Judgment [167] and Defendant General Manager Stevie Williams' Motion for Summary Judgment [169] are now moot and shall be dismissed.